UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. L BR 9004-1(b)**

Sadek & Cooper, LLC
1315 Walnut Street
Suite 520
Philadelphia, PA 19107
215-545-0008

Attorney for Debtor(s)

In Re:

Reahienia M. Williams

Case No.: 20-24071-ABA

Chapter: 13

Judge: Altenberg. Jr.

**ORDER CONCERNING APPLICATION TO
EXTEND TIME TO FILE MISSING DOCUMENTS**

The relief set forth on the following page is **ORDERED**.

The Court having reviewed the debtor's Application to Extend Time to File Missing Documents, and any related responses or objections, it is hereby

ORDERED that:

☐ The debtor's request to extend time within which the missing documents must be filed is granted. The balance of the debtor's schedules as set forth in the Court's *Notice of Missing Documents and Notice of Dismissal if Documents Are Not Timely Filed* must be received by the Court no later than _____. If all missing documents are not filed by this date, the case will be dismissed without further notice.

☐ The debtor's request to extend time to file missing documents is denied. The case is dismissed. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

_____
HONORABLE ANDREW B. ALTENBERG, JR.
US BANKRUPTCY JUDGE