| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) |

Order Filed on January 26, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Case Number: _____

Hearing Date: _____

Judge: _____

Chapter: _____

Recommended Local Form:   ☐ Followed   ☐ Modified

# ORDER RE EXTENSION OF TIME
## TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 26, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☐   Granted.  The deadline to file schedules is extended to _____.

☐   Denied.

IT IS FURTHER ORDERED that should the debtor fail to timely file the missing documents by January 29, 2021, the case shall be immediately dismissed without further notice, this Order serving as proper notice, and the debtor shall be barred from filing a new case for a period of 180 days from the date of dismissal pursuant to Section 109(g) of the Bankruptcy Code.

IT IS FURTHER ORDERED that the court will not consider any further Motions to Extend Time and said relief will be immediately denied upon the filing of same.

*rev.8/1/15*