| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

In Re:

Order Filed on February 1, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: _____

Hearing Date: _____

Judge: _____

Chapter: _____

## ORDER DISMISSING CASE
## AND BARRING THE DEBTOR FROM FILING

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 1, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court having noted that the debtor(s) filed a petition on _____,
and Court having entered an *Order to Show Cause Why Case Should Not Be Dismissed and the Debtor Barred from Filing for 180 Days for the Debtor's Failure to Comply with an Order of the Court*, and the Court having found that the debtor(s) have willfully failed to abide by the following Order(s):

| Case Number | Docket Number | Title and Filed Date of Order |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

And for good cause shown, it is hereby **ORDERED**:

That pursuant to Section 109(g) of the Bankruptcy Code, the case is dismissed and the debtor(s), _____ is/are barred from filing a petition in this district until _____.

*new.8/1/19*

2