

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on April 20, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re:<br>Reahienia M. Williams<br>                Debtors | Case No.: 20-24071-ABA<br>Chapter: 13<br>Hearing Date: April 20, 2021<br>Judge: Andrew B. Altenburg, Jr. |

**ORDER GRANTING MOTION TO REOPEN WITH CONDITIONS**

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: April 20, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**THIS MATTER** having come before the court by the Debtor, Reahienia M. Williams, through filing this Motion to Reopen (Doc. No. 24) and now proceeding as a Pro-Se Debtor; and the court troubled by the Debtor's continued and repeated failure to abide by her duties imposed by the Bankruptcy Code requiring the dismissal of ALL of her bankruptcy cases; and for good cause shown; it is

**ORDERED** that the Motion to Reopen is GRANTED with conditions.

**IT IS FURTHER ORDERED** that the Debtor shall, **WITHIN 30 DAYS OF THE DATE OF THIS ORDER**, file **ANY AND ALL** missing documents, including but not limited to: Summary of Assets/Liabilities and Statistical Information, Declaration About An Individuals Schedules, Statement of Financial Affairs For Individuals, Chapter 13 Disclosure of Attorney Compensation (LOCAL FORM), Statement of Your Current Monthly Income & Calculation of Commitment Period (122C-1), Calculation of Your Disposable Income (122C-2)- If Applicable, Chapter 13 Plan and Motions (LOCAL FORM), Schedules A/B, C, D, E/F, G, H, I, J.; and

**IT IS FURTHER ORDERED** that in addition to the foregoing, the Debtor must pay **ANY AND ALL** outstanding fees and payments due in this matter and must cure or make arrangements to cure any outstanding plan payments to the Trustee; and

**IT IS FURTHER ORDERED** that if the Debtor fails to comply with this Order and her duties as a Debtor as required by the Bankruptcy Code, and furth fails to file all required documents and pay any outstanding fees and plan payments as provided by this Order, pursuant to 11 U.S.C. § 109(g), this case will again be dismissed and such dismissal shall be with prejudice and Debtor shall be barred from filing for bankruptcy protection for a period of 180 days from the date of dismissal of this case.